

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE OF ORDER ON MOTION

Cause number:      01-13-00022-CV

Style:      Theaola Robinson and Benji's Special Education Academy, Inc.

**v** Amegy Bank, N.A.

Date motion filed[*]:    February 1, 2013

Type of motion:    Motion to Extend Time to File Appellant's Brief

Party filing motion:    Appellant

Document to be filed:    Appellant's brief

If motion to extend time:

    Deadline to file document:    n/a

    Number of previous extensions granted:    n/a

    Length of extension sought:    30 days

Ordered that motion is:

☐    Granted
If document is to be filed, document due:

    ☐    The Clerk is instructed to file the document as of the date of this order
    ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☑    Dismissed (*e.g.*, want of jurisdiction, moot)

**The record is not complete, and therefore the deadline to file the brief has not been set.**

Judge's signature: /s/ Evelyn Keyes

    ☑ Acting individually    ☐ Acting for the Court

    Panel consists of _____.

Date: February 7, 2013

November 7, 2008 Revision